# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00788-CV

**J. F.-W., Appellant**

v.

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
## NO. D-1-FM-12-006308, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant J.F.-W. has informed this Court that he no longer wishes to pursue this appeal and has filed a motion to dismiss it. Counsel for appellant states that she has conferred with counsel for appellee Texas Department of Family and Protective Services, and it does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   February 27, 2014